**Order entered October 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01003-CV

**LAVON SPECIAL UTILITY DISTRICT, Appellant**

**V.**

**TIERONE CONVERGED NETWORKS, INC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05006-2014**

## ORDER

The reporter's record in this case has not been filed. By letter dated September 21, 2015, the Court advised appellant the Court would submit this appeal without a reporter's record unless the Court received written verification from appellant within ten days of the date of the letter that (1) appellant has requested preparation of the reporter's record; and (2) has paid or made arrangements to pay the reporter's fee or is entitled to proceed without payment of costs. To date we have received no response. Accordingly, the Court **ORDERS** this case submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant shall file its brief on or before November 9, 2015. *We notify appellant that failure to file a brief in this case will result in dismissal for want of prosecution.* See TEX. R. APP. P. 38.8(a)(1).

/s/    ELIZABETH LANG-MIERS
        JUSTICE